Court of Appeals Number: WR-65, 784-02
Trial Court Cause Number:

# 03-CR-00000457-B

# CLERK'S RECORD
# WRIT I

THE STATE OF TEXAS

VS

JOHN ALLEN RUBIO

---

Mailed to the Court of Criminal Appeals on
the 18th day of December, 2015.

Eric Garza
District Clerk, Cameron County, Texas

By: _____
Yvonne Calzada, Deputy Clerk

---

Filed in the Court of Criminal Appeals, at Austin, Texas,
On this the _____, day of _____, _____.

Hon. Louise Pearson
Clerk of Court of Criminal Appeals

By:_____, Deputy

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

# Cause Number
# 03-CR-00000457-B

John Allen Rubio        §    IN THE 138TH DISTRICT COURT
Vs                    §    OF
The State of Texas       §    CAMERON COUNTY, TEXAS

## INDEX

| INSTRUMENT | DATE FILED | PAGE |
|---|---|---|
| Original Application for Post-Conviction Writ of Habeas Corpus Pursuant to Article 11.07, C.Cr.P | 10/15/2013 | 1 |
| Letter Acknowledging Receipt of Writ of Habeas Corpus to Hon. Arturo Cisneros Nelson | 10/17/2013 | 710 |
| Letter Acknowledging Receipt of Writ of Habeas Corpus to Mr. John Allen Rubio | 10/17/2013 | 711 |
| Letter Acknowledging Receipt of Writ of Habeas Corpus to District Attorney | 10/17/2013 | 712 |
| Notice of Hearing (11-05-2013) | 09/27/2013 | 713 |
| Order Denying Motion to Recuse Judge Noe Gonzalez | 11/05/2013 | 714 |
| State's Unopposed Motion for Extension to Time to File State's Answer | 02/04/2014 | 715 |
| State's Answer to Habeas Application | 03/05/2014 | 728 |
| Order Entered by the Court of Criminal Appeals | 12/18/2015 | 914 |
| Docket Sheet | | 918 |
| Indictment | 04/16/2003 | 955 |
| Case Summary | | 961 |
| Charge of the Court | 11/05/2003 | 1118 |
| Charge of the Court on Punishment | 11/07/2003 | 1133 |
| Judgment of Jury Verdict of Guilty | 11/17/2003 | 1144 |
| Judgment of Jury Verdict of Guilty | 08/02/2010 | 1152 |
| Trial Court's Findings of Fact and Order | 02/07/2005 | 1163 |
| Bill of Cost | 12/18/2015 | 1165 |
| Certified Bill of Cost | 12/18/2015 | 1166 |
| Clerk's Certificate | 12/18/2015 | 1167 |